(124 So. 215)

**BAILES v. BAILES.   (7 Div. 888.)**

Supreme Court of Alabama.   June 20, 1929.

Rehearing Denied Oct. 31, 1929.

S. W. Tate, of Anniston, for appellant.
Lamar Field, of Anniston, for appellee.

BROWN, J. In the recent case of Smith v. Smith (Ala. Sup.) 120 So. 167,[1] it was ruled that a decree denying a petition to modify a final decree granting alimony was such final decree as would support an appeal. The merits of petitioner's case were presented in the companion case brought here by appeal, ante, p. 177, 124 So. 214, with the result that the mandamus must be denied.

Mandamus denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

---

[1] 218 Ala. 701.